UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>155 VIRTUAL CURRENCY ASSETS<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-cv-2228<br>)<br>)<br>)<br>)<br>)<br>) |

**WARRANT FOR ARREST *IN REM***

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 13th day of August, 2020, alleging that the above defendant properties are subject to seizure and forfeiture to the United States;

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant properties, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**SEE CHART ON FOLLOWING PAGE**

| Defendant Property | BTC Address |
|---|---|
| 1 | 1421chCK32pV32Tw5MQbiUiKWKvnmj7d91 |
| 2 | 3KhAHDfTuVnHUfRgQfVP4LcV8SHXpN51u7 |
| 3 | 3LZg4hHfbpLrJBagQqXp2agGbwrz9XpXai |
| 4 | 163oWqgPk8fKhUqmHpNnoQhikfFjHyD3Pr |
| 5 | 1JtyZYT4CKeKNyxMzbCpC9VJT6KTmeAKFN |
| 6 | 3Bp2Eb87ApoMAsKPSQB2SAqLmRymjeLmtv |
| 7 | 3HUhCkt44P3izoLZkK3rcx8NsZXKJdksh5 |
| 8 | 3Q4Nb6jUWAJQLq5NS7S92YPPCTcTyuSPhK |
| 9 | 3Bo3cPpPjFzt6YHFfRoX6ufY1b2zzVf8mT |
| 10 | 3HSK6MbuoewuttVBuYepEA4fyyPxHzZ6pB |
| 11 | 1Awi7RLBGdT9qCo5SCB5y6Xea7MTb1F5Xc |
| 12 | 33uWGWsWSTBw1KLM4UFPvxYvDJ5Xfo9s63 |
| 13 | 3G68RkhEDjwhajkDN83Z1611ZGnUZmvrUD |
| 14 | 3QabnGEAWXrc7rvo1JcJBzUMhcifT7m6gd |
| 15 | 32ZiFK53wYe5TL8zmcy7zaAvQnSd67fcA2 |
| 16 | 1sQ1oXjay4KwkEuVdFf7yveQFytH1ES7g |
| 17 | 3PrThrqU4fhNG4LJzVT5nMDs41S7yh75Vu |
| 18 | 1DnGvHRkXC7hTXuTDDxqNEwUYyhgR1nSDn |
| 19 | 3J9DbduuLLU4o65Hfw29zMVoxdjkZ9CJHo |
| 20 | 3MLnjFfp9VeFVQroAbENXrDyGgioT1TZJQ |
| 21 | 14mNSNTp8N9ATPoyfYQCfnm8B43YjLNbwG |
| 22 | 12jUCD1da5EzutFg1zWq9fhmE1dAkB5MxF |
| 23 | 3Gv56YFJ5Zaue6RCDzBNFbUE7EharKXenE |
| 24 | 3DJqv8q3bxSizdc47UfuGoCkAzq7QxotEV |
| 25 | 35NdXGaaMV19T6yiRpNaZTN5jQiJR5F95z |
| 26 | 3KiHfB5FfsEVhRowBwMDsxzT1KT9kFEsqx |
| 27 | 3GfghFZjkLncctgUDdQpuZTjFHjLhH7Hn6 |
| 28 | 1JnweKtFaSVYZtrNs633MyAQfxv3zWybdZ |
| 29 | 1PCsivNdLzKNArTewBQeXztncMRgay9A8H |
| 30 | 3PZqkm88UAeYQvfgE6HnTMPgSawaLS3PCN |
| 31 | 3HMhnidbjj7pRc6KrxhRv9dxsGQhfA1Mae |
| 32 | 39yTYpsCpfqBmpmQgZpoE4epgr7ppSDJmK |
| 33 | 31xjhbbEAsC85QynVmRRnQbL5K2UgtXXhW |
| 34 | 1M34CzVZEhGfLxocxFXyNSJcrxPgoEzcHH |
| 35 | 1DnKvXkfAKnBnp8WzfwCFSLakoYv9y6p6S |
| 36 | 1Wdq3SJiAwcW1V7wPJWvfLF9ZcARXzXyz |
| 37 | 161rhMMWhtFw4zSLgmubAfx9DkAnQxXLRs |
| 38 | 1PQwHVZvEQM2A3vVQdsGy1PpR47fD25CBV |

| | | |
|---|---|---|
| 39 | 1A4kjy59YcYJNThyEX9nGgj7615qnXVgea | |
| 40 | 1iL6WtDdonsgVsPquHDKZXScyZCWTqFnQ | |
| 41 | 17J9tFkU7Z5tjotQJBdsUWVxfP2WWBquyb | |
| 42 | 1NqrxD6SatMMu2m4vEkxfYp9UQbwrEAU5j | |
| 43 | 1NbsPXpCa1adNNi9fKjvTsMEWUJGWodeKc | |
| 44 | 1UHVEwmzVn4x6gusr9G2K6UkPN8nX8ELo | |
| 45 | 18HxszY7vsYMvFMRNsbjZRQrS3A4r3YVS7 | |
| 46 | 1MdYecvNGSwu7rTz3ACY9vdmxyQwkpVX14 | |
| 47 | 1NhpCGz48W7T2umxZsz2XWwr8LvUEC1Rab | |
| 48 | 1JRXEW4qnbSbdmMq8efykq7tPaF9EH9AsJ | |
| 49 | 18woRRJNizuSjATH6mRwEuXChrQeJ9hzkj | |
| 50 | 1KPsvnx53VpJixUrdjaZtMouC7HK11qkV5 | |
| 51 | 1LVwtwghTiorsXKtozvHHQCME3qRcse3DP | |
| 52 | 17qRPuXAu2yJd31e3Fdd8rWuiKUxsC85Nu | |
| 53 | 1JUmgvW6A1AP2j4FG6eMgfeQi8436G9Njd | |
| 54 | 1BdVWKUaUkH33oB6fYs5rN6zYj4HAv9xDe | |
| 55 | 1Nn2jNEpE55nq66fHxbqByRnoyWgqHuF2r | |
| 56 | 1NR1po4isKDrTBoV2SWPt3ibNbt4kryuju | |
| 57 | 1Bjd913RMgMxJyqp84Uopx5GtDUYJXbcBB | |
| 58 | 1PYiZensBzM7Jd3YEiDYyAxagrf8EFRaf8 | |
| 59 | 1McrLZDNUEnB1i6qn25v7icCGSWi2ynamw | |
| 60 | 16xYb8rkWA4aaPpaqg8jsHreW64DHXUvW8 | |
| 61 | 15kV9USE7keMUy4GBuBDXow7mydZ25RncJ | |
| 62 | 185i3gHsTe2kfzG6iQZGoyJX1bK4QhKHxu | |
| 63 | 1CxR1hxQYw953sy9nXhFKX3vQxKX2XuQNE | |
| 64 | 1NootiBHcBb1SrBp89uD1vV28r2bY1zjeB | |
| 65 | 1G3VhaP8E5CLrh1PXmbCwNgdWnYvVpSFzh | |
| 66 | 1B71wHvBgFqXzc3H9uxf3V1q8LB7XrdgDk | |
| 67 | 1CcEbXYSNwvN8T4e7rjgURATqgQEWRqq2J | |
| 68 | 1BeTdU7ymcSTHfJhYKaMhJjzeJMJWHEnCY | |
| 69 | 1BVjLitLbaHGZrfU7Xuj8js9fEPrtUGxut | |
| 70 | 1NjpNMuJ9BSocgibU1gCVJd3SHokSoi3sS | |
| 71 | 1J5x4is2cqHZFYDeaef2bih5WVWuvEcLdA | |
| 72 | 12eyVkVExHiBLyxojCZfYFfo9VE5aLY1p6 | |
| 73 | 15WezvMKGdnBjEMYjCSa3r69ZudGzGp66t | |
| 74 | 1CoEM6LVSxdBUiyudqLXSSuwiy79j6Yb2X | |
| 75 | 1BpGu5BFS3uw8J81KCfvudQcHWnn95cRhQ | |
| 76 | 1FQkGKvP5FmYTvKP1qGG98SNVohxzzeZpQ | |
| 77 | 1Q4xwkF6mUGQHBUaWy2PusTJMCFZbXmwfc | |

| | | |
|---|---|---|
| 78 | | 1KszbucM4mBc6sQz4sGR2tRwc8Qn8VkCMS |
| 79 | | 15K9Zj1AU2hjT3ebZMtWqDsMv3fFxTNwpf |
| 80 | | 1BQAPyku1ZibWGAgd8QePpW1vAKHowqLez |
| 81 | AQ1 | 37yrx7sTX3VP2BC4eKbmvZiCyH15Wavx1S |
| 82 | AQ2 | 3LcrDjD1AJXUk2DKshRpo7CCjMmdsWQS1R |
| 83 | AQ2 | 372RABNMMfY6rKEHL7k4zbGS1gdQD8fN6y |
| 84 | AQ2 | 37CsFAjLo4ZKdUPmj2F7TYZQFnKmQG87HS |
| 85 | AQ2 | 3B5p2LERKDQrBjWqaEXDXcxuXUveqRAcWd |
| 86 | AQ2 | 3QadnFouUe4iDiCyC4ETjFawf7ec6XeT4S |
| 87 | AQ2 | bc1q84ue52z2p6mxz7080f5wcfr4hfmdscvng8kydr |
| 88 | AQ2 | 36g1AzDkxFfmUBtBvShW9BE4qoCYwttYHE |
| 89 | AQ2 | 3DaEFm23S1scNf63xYJGmhNLHs9nnGNAQp |
| 90 | AQ2 | 331AkqgXeLxAZ9WcmEha3hBbFcJduTeqPf |
| 91 | AQ2 | bc1qtpdhcm5rxf8e58aj6les0e2aqfqddtf7s2zyfl |
| 92 | AQ2 | 3MCa9HSAKNDJm7VToyvxmjR7nE9XEbj5W9 |
| 93 | AQ2 | 1AyBtxgmP1MWxMSokB36t6BvAScRQWPfUY |
| 94 | AQ2 | 1C7rUNar8G8v5vWAqg1FkidJAj9PdAaqNq |
| 95 | AQ2 | 34JUtDmLkd1LkZ1eSKJ2KpRqMhSt4fNAXA |
| 96 | AQ2 | 3EbW7JkomWTuhMtMAv4i7bNSCEoRPktGd7 |
| 97 | AQ2 | 3EYRY54QutwDZcUANB3RiUD1vpFYAY43Qx |
| 98 | AQ2 | 3FQgB6DMBeWZ7wgJCJ8NLBh7rWs4QLPPYX |
| 99 | AQ2 | 3LbjnkMzHBrhyn5UX6vUVzqqCbZMqhipcA |
| 100 | AQ2 | 1L9H7gdwyCsUk1hG2QPA2KyPKD6BWXmzXh |
| 101 | AQ2 | 1DzHmgAJawvA8ZawUmsxKfN1qcDHvC8JGU |
| 102 | AQ2 | 3L6h9mKJcmd4hn4NpZi1RdKCrs7q2AFQct |
| 103 | AQ2 | 3GVbjrZD8mAmH71QqPuKimPaBnNTopQv9M |
| 104 | AQ2 | 1NbvLuxxBtM6M21i3pNNwjtE669s1kFaPv |
| 105 | AQ2 | 33yRKW3uquTTiveVb9EGb7sywXD8yiEXVj |
| 106 | AQ2 | 35Y4ET8Lp4G4MCefPhpRTJKACe15TvEsJo |
| 107 | AQ2 | 3Ln5VWAfn5VfyLLhgaz7QtFPRsaz71CaJY |
| 108 | AQ2 | 3ErJ9qAxB6zz3wuowu9K2bdRS6ZjkE7cC8 |
| 109 | AQ2 | 1HMDogpJTdJNKwEwnBtrP9NEQduZ351CNK |
| 110 | AQ2 | 3GbTitJyBLgo7oVkA6NCKa5aq7xZBNMCvG |
| 111 | AQ2 | 1CwVW45KkWjFeBoP1LZSESNnh8vQR2g7bG |
| 112 | AQ2 | 1EPnWUooTb4Cz9WpnxidRotevaZFUFfiVG |
| 113 | AQ2 | 1NTdgFn7q1mAtpGWzunaYgoMRriNdupfmm |
| 114 | AQ2 | 1KY3mPxaB4KYKhiGoJsDXYtgkQPouVn8kr |
| 115 | AQ2 | 18Woupz3chLHCDbjXeJWXEi7FJpYLGtpFh |
| 116 | AQ2 | 3DFgq7WR8ng4mQx4kTqNm1YcMokmz5H71P |

| | | |
|---|---|---|
| 117 | AQ2 | 391TpBcg9SzwUHWK8cSAXoaMi1kKvxri3F |
| 118 | AQ2 | 1FbxH4UnNXXx2yMrDH9JM1nTK2uRK7tbbm |
| 119 | AQ2 | 1tKfLT8tL8APBDk4cS929EZ7ZnKLgYF2R |
| 120 | AQ2 | 34FTVSKVhTs5nnbgMyCPpdUXAA2tMnTiHZ |
| 121 | AQ2 | 1Pe3Emzjrhoqz5odkZRFU1Zf6qPiDaQgxP |
| 122 | AQ2 | 3FtCpM8a2bpTziAozbC1wHyJJ8Mf8vhHCf |
| 123 | AQ2 | 33868RXegKD9KJwWGNjDGhpve3SZCWtvFK |
| 124 | AQ2 | 3HaZrRZsepCeSWHpVkywT5ZxTuj3rgq6vb |
| 125 | AQ2 | 36nvxwHtFEfETZN61z7FxM7rmaXTSohrK3 |
| 126 | AQ2 | 3FLvM3FLahm1Cg44beb1UeLxD1a8RZDzT5 |
| 127 | AQ2 | 3MyxLuH79hFjJv5txfZky2m1QUXnyKedfP |
| 128 | AQ2 | 3CKqK7TaY11Hvo7JfnPMhAXGVj9hZnmYjw |
| 129 | AQ2 | 3JAzu5syB4JbkpC3s5gykNeRY21rChPp14 |
| 130 | AQ2 | 35bTbKarTJoXX2N3qjz9WpECGzJG23gBsV |
| 131 | AQ2 | 33z7aAa52fvwNxEi3MJ2kCSytipC7nwrRj |
| 132 | AQ2 | 3LMnbGBJe6ZUtCArGgRhKuAXmiVkYf6WZj |
| 133 | AQ2 | 3M3QCf2euKqJhPEbni5bXh675pUkU3x4zC |
| 134 | AQ2 | 3KSuGp6RQbrFAugje78qiqkUZ4rSFoUTvK |
| 135 | AQ2 | 3Fij9xVYCdn9h8CdjaJBzdW7dmU8aHzWLf |
| 136 | AQ2 | 3N9vcfrAohotVCNJzQx2srHf69viMHhrqX |
| 137 | AQ2 | 3G7CuBeXcFrSyB2fkx2GvfBDYoUD2oghxR |
| 138 | AQ2 | 3LpaQzZUPFeR2LF55sumb9kZk4j5HdMUaC |
| 139 | AQ2 | 3FDNrcgT6hV8swepYLPFCALy4oZMqyxKFU |
| 140 | AQ2 | 3F4GniWYtwU6W1bMV432DE1Q1P9qcDHCf1 |
| 141 | AQ2 | 3Md8xo8ug4Rm1WSLWjK3NUDaFBpyHm4hEp |
| 142 | AQ2 | 35tGYGmcq7Hj2M6GTDXbCYaK1Dw98xBRST |
| 143 | AQ2 | 3Dbv6vnbRsF9Kiqc8er2ykmSwd2g828D6F |
| 144 | AQ2 | 36o6t4aXtjGV8hx1Qwg6XAQ1jeUYFxUGuz |
| 145 | AQ2 | 3ErTJgH6QnYeUcbVq79gTmYsepapbRxiAE |
| 146 | AQ2 | 33VPbqSAH86mMzz8UpjZ5cJBCpMB3iCwSs |
| 147 | AQ2 | 3DQu9fGbsbyH5f5FeY4YmtsMHqWU7EJWGZ |
| 148 | AQ2 | 36DfazzthtbdpWg23bKTDh54vapjYN5ACM |
| 149 | AQ2 | 32nDFPvVHU3gYaB7JzduMjLGb4Vxw9JeEY |
| 150 | AQ2 | 3Qep64j3PbVow66j4KzB5KhwKXGmkLTc7Z |
| 151 | AQ2 | 395JzR5iGTFq9Qrw4iDrECtrHXGcz2wqQv |
| 152 | AQ2 | 1LAS42uBuCD7tpUR9RPyM61TnMee5y7aYw |
| 153 | AQ2 | 37qXWELabpGQZ7pich2qxZNveEMT7iYxNf |
| 154 | AQ2 | 1AmYvWtDbxgU2eYxEfdQRicj4hBr3k4wtv |
| 155 | AQ2 | 1DTzYoa85xFfKcYK4iqSfbkFHhaeZhXpA3 |

      YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: September 14, 2020



                                              Angela D. Caesar
                                              Clerk of the Court

By:    Nicole M. Wilkens
       Deputy Clerk